IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
DEBBIE JEAN SMITH,                : CASE NO. 5:13 CV 1045
                                  :
                       Plaintiff, :
                                  :
           -vs-                   : <u>MEMORANDUM OF OPINION AND</u>
                                  : <u>ORDER ADOPTING THE</u>
                                  : <u>MAGISTRATE JUDGE'S REPORT AND</u>
COMMISSIONER OF SOCIAL            : <u>RECOMMENDATION AND</u>
SECURITY,                         : <u>REMANDING FOR FURTHER</u>
                                  : <u>PROCEEDINGS</u>
                       Defendant.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

   Plaintiff Debbie Jean Smith challenges the Commissioner of Social Security's

("Commissioner") denial of her application for Disability Insurance Benefits ("DIB") .

(Docket No. 1, Complaint).  This matter was automatically referred to United States

Magistrate Judge Kathleen Burke for a Report and Recommendation ("R&R"), pursuant

to Local Civil Rule 72.2(b).  In her R&R, Magistrate Judge Burke recommended this

Court reverse the Commissioner's decision and remand the case for further

proceedings.

   The Commissioner has filed a response to the R&R indicating that she would not

be filing any objections. (#18).  The Court accordingly adopts  Magistrate Judge Burke's

R&R in its entirety, reverses the Commissioner's decision and remands for further proceedings consistent with the R&R.

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 1 May 2014